## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Philip D. Swain, being first duly sworn, depose and state as follows:

### I.      INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), currently assigned to the Billings Field Office. I have been employed by the ATF since September 2013. I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center ("FLETC"). I have also completed ATF Special Agent Basic Training course. While attending the academies at FLETC in Glynco, Georgia, I received specialized training concerning violations of the Gun Control Act within Title 18 of the United States Code and violations of the National Firearms Act within Title 26 of the United States Code. As such, I am an investigative or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations and make arrests for offenses enumerated by 18 U.S.C. § 2516. Your Affiant is involved in the investigation of a suspected violation of Federal laws by Gene Christian Collins, a person prohibited from possessing firearms.

## II.    DESCRIPTION

2. This Affidavit is submitted in support of a Criminal Complaint requested for

   Gene Christian Collins, charging him with Felon in Possession of a Firearm

   in violation of Title 18, United States Code, Section 922(g)(1).  The

   statements in this Affidavit pertain to the investigation described below and

   are based in part on information provided by my own observations and

   experience as an ATF Special Agent, and the observation and experiences of

   other fellow law enforcement officers participating in the investigation.  This

   Affidavit does not purport to contain all the facts related to this

   investigation, but only those facts necessary to establish probable cause with

   respect to the aforementioned offense.

## III.    PROBABLE CAUSE

3. On November 28, 2018, Billings Police Department Officers were flagged

   down by Denny's employees at 501 N. 27th Street, Billings, MT, 59101.

   The employees said that two suspect passed a counterfeit $100 bill to pay for

   their meal.  They provided a description of the male and female suspects.

4. The officers located the two suspects, identified as Heather Martell and

   Gene Christian Collins, near the 2700 block of 8th Avenue North.  While

   being interviewed, Collins fled from the officers on foot.  An officer

followed Collins.  While fleeing, the officer observed Collins remove a

handgun from his pocket and throw the handgun.  The officers eventually

caught Collins and arrested him on an outstanding arrest warrant.  The

officers then recovered a loaded Ruger, model SP101, .357 Magnum caliber

revolver (S/N: 574-29490) that Collins had thrown.

5. Your affiant interviewed Collins at the Yellowstone County Detention

   Facility after his arrest on November 28, 2018.  Collins was advised of his

   *Miranda* rights and agreed to speak to your affiant.  Collins said that he

   purchased the firearm earlier in the day, he ran from police because he had

   the firearm, and he threw the firearm while being chased by the police

   officers.  Collins also said that he previously possessed a different handgun

   on October 30, 2018, in Billings.

6. The aforementioned firearm, the Ruger, model SP101, .357 Magnum caliber

   revolver (S/N: 574-29490), is a firearm as defined in Title 18, United States

   Code (USC), Chapter 44, Section 921(a)(3), and was not manufactured in

   the State of Montana and therefore traveled in and affected interstate

   commerce.

7. On November 28, 2018, your affiant reviewed criminal history for Gene

   Christian Collins.  Collins was convicted of Bank Robbery on April 3, 2000

out of the United States District Court, Central District of California.  This

conviction prohibits Collins from possessing firearms.

## IV.   CONCLUSION

8.  Based on the above information, observations and investigation, on

November 28, 2018, in Yellowstone County, Montana, in the State and

District of Montana, **Gene Christian Collins,** committed the crime of Felon

in Possession of a Firearm, in violation of 18 U.S.C. 922(g)(1).

9.  I swear that the facts presented herein are true and accurate to the best of my

knowledge.


_____          _11/30/18_____

Philip D. Swain, ATF Special Agent          Date


SUBSCRIBED TO AND SWORN BEFORE ME THIS _30_ DAY OF
NOVEMBER, 2018.


_____

Honorable Judge Timothy J. Cavan
United States Magistrate Judge
District of Montana